# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Duncan J. McNeil,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                3:05-cv-314-3

United States, et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/5/05 Order.

**Signed: August 9, 2005**

Frank G. Johns, Clerk
United States District Court